PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 26 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Wayne Alexander          Case Number: 0980 2:10CR00052-EFS-1

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior United States District Judge

Date of Original Sentence: May 5, 2011             Type of Supervision: Supervised Release

Original Offense: Unlawful User of a Controlled Substance in Possession of a Firearm, 18 U.S.C. § 922(g)(3); Maintaining a Drug Involved Premise, 21 U.S.C. § 856(a)(2)

Date Supervision to Commenced: 10/16/2014

Original Sentence: Prison - 60 Months;
                   TSR - 36 Months

Date Supervision Expires:       10/15/2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

The offender is disabled and currently homeless. Mr. Alexander is waiting on assistance from the Homeless Veterans program to assist him with finding a place to live.

                                        Respectfully submitted,

                               by       s/Anne L. Sauther

                                        Anne L. Sauther
                                        U.S. Probation Officer
                                        Date:  September 25, 2014

Prob 12B
Re: Alexander, Michael Wayne
September 25, 2014
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*September 26, 2014*
Date