PROB 12C
(7/93)

Report Date: February 16, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Wayne Alexander        Case Number: 2:10CR00052-EFS-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 5, 2011

| | |
|---|---|
| Original Offense: | Unlawful User of a Controlled Substance in Possession of a Firearm, 18 U.S.C. § 922(g)(3); Maintaining a Drug Involved Premise, 21 U.S.C. § 856(a)(2) |
| Original Sentence: | Prison - 60 months  TSR - 36 months |

Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Earl A. Hicks        Date Supervision Commenced: October 22, 2014

Defense Attorney:      Terence M. Ryan      Date Supervision Expires: October 21, 2017

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1  **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Alexander violated the terms of his supervised release, on or about February 4, 2016, by failing to report for a urinalysis test as directed.

2  **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**:  Mr. Alexander violated the terms of his supervised release, on or about February 4, 2016, by failing to report for a urinalysis test as directed.

3  **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**:  Mr. Alexander violated the terms of his supervised release, on or about February 9, 2016, by consuming a controlled substance, methamphetamine.

Prob12C
**Re: Alexander, Michael Wayne**
**February 16, 2016**
**Page 2**

    4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Alexander violated the terms of his supervised release, on or about February 9, 2016, by consuming a controlled substance, marijuana.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/16/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea* (signature)

Signature of Judicial Officer
February 17, 2016

Date